UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | | |
|---|---|---|
| RONALD MOORE, et al., | : | |
| Plaintiffs, | : | |
| v. | : | Case No. 3:21-cv-15421-ZNQ-TJB |
| JUMPING BROOK ENTERPRISES, | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between the Plaintiffs, and the Defendant, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties.

Respectfully Submitted,

| | |
|---|---|
| /s/ Jon G. Shadinger Jr. | /s/ Peter J. Broege |
| Jon G. Shadinger Jr., Esq. | Peter J. Broege, Esq. |
| Shadinger Law, LLC | Broege, Neumann, Fischer & Shaver, LLC |
| 717 E. Elmer Street, Suite 7 | 25 Abe Voorhees Drive |
| Vineland, NJ 08360 | Manasquan, NJ 08736 |
| js@shadingerlaw.com | Phone (732) 223-8484 |
| Phone (609) 319-5399 | Fax (732) 223-2416 |
| Fax (314) 898-0423 | pbroege@bnfsbankruptcy.com |
| *Attorney for Plaintiffs* | *Attorneys for Defendant* |

Dated: 08/09/2022

SO ORDERED:
s/ Zahid N. Quraishi, U.S.D.J.
Dated: 8/10/2022